United States District Court
**Central District of California**

**UNITED STATES OF AMERICA vs.**                           <u>**CR-11-619-R**</u>

Defendant <u>**RENJIE HUANG**</u>                          S.S.#<u>-------3259</u>

Residence: <u>Metropolitan Detention Center</u>    Mailing: <u>  SAME  </u>

--------------------------------------------------------------------
### JUDGMENT AND PROBATION/COMMITMENT ORDER
--------------------------------------------------------------------

 In the presence of the attorney for the government, the defendant appeared in person, on: <u>January 9, 2012     </u>
       Month / Day / Year

COUNSEL:

 <u>    </u> WITHOUT COUNSEL
   However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

 <u> XX </u> WITH COUNSEL <u>David Sutton DFPD                              </u>

<u> XX </u> PLEA:

 <u> XX </u> GUILTY, and the Court being satisfied that there is a factual basis for the plea.


FINDING:

 There being a finding of <u>XX </u> GUILTY, defendant has been convicted as charged of the offense(s) of: Use of counterfeit access device in violation of Title 18 U.S.C. 1029(a)(1) as charged in count 2 of the indictment.


JUDGMENT AND PROBATION/COMMITMENT ORDER:

<small>The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:</small>

 Eighteen (18) months.

 IT IS FURTHER ADJUDGED that upon release from imprisonment defendant shall be placed on supervised release for three (3) years, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 05-02; 2) shall not commit any violation of local, state or federal law or ordinance; 3) shall refrain from any unlawful use of a controlled substance, and shall submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, not to exceed 8 tests per month, as directed by the Probation Officer; 4) shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 5) shall, when not employed or excused by the Probation Officer for schooling, training, or other acceptable reason, perform 20 hours of community service per week as directed by the Probation Officer; 6) shall as directed by the Probation Officer apply any monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; 7) shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the


**-- GO TO PAGE TWO --**                                  <u>      WH      </u>
                 Deputy Clerk

U.S.A. V. RENJIE HUANG                                          CR 11-619-R

-- CONTINUED FROM PAGE ONE --                                   PAGE TWO
====================================================================
### JUDGMENT AND PROBATION/COMMITMENT ORDER
====================================================================
defendant's true legal name, nor shall the defendant use, for any
purpose or in any manner, any name other than his true legal name
without the prior written approval of the Probation Officer; 8) shall
comply with the immigration rules and regulations of the United States
and when deported from this country either voluntarily or involuntarily
not reenter the United States illegally and although not required to
report to the Probation Office while residing outside of the United
States, shall, within 72 hours of release from any custody or any
reentry to the United States during the period of Court-ordered
supervision, report for instructions to the U. S. Probation Office
located at the United States Court House, 312 North Spring Street, Room
600, Los Angeles, Ca 90012; 9) shall cooperate in the collection of a
DNA sample from the defendant.

   IT IS FURTHER ORDERED that defendant pay a special assessment of
$100.00, which is due immediately.

   IT IS FURTHER ORDERED that all fines are waived.

   IT IS FURTHER ORDERED that defendant pay restitution in the total
amount of $23,796.96, to victims as set forth in a separate victim list
prepared by the Probation Office which this Court adopts and which
reflects the Court's determination of the amount of restitution due to
each victim.  The victim list, which shall be forwarded to the fiscal
section of the clerk's office, shall remain confidential to protect the
privacy interests of the victims.  Restitution shall be due during the
period of imprisonment, at the rate of not less than $50 per quarter,
and pursuant to the Bureau of Prisons' Inmate Financial Responsibility
Program.  If any amount of the restitution remains unpaid after release
from custody, nominal monthly payments shall be made during the period
of supervised release, as directed by the Probation Officer.  These
payments shall begin 30 days after the commencement of supervision.
Each payee shall receive approximately proportional payment made by
defendant.  Interest on the restitution is waived; payments may be
subject to penalties for default and delinquency.

   IT IS FURTHER ORDERED defendant shall comply with General Order
01-05.  IT IS FURTHER ORDERED that all remaining counts are dismissed.

   IT IS FURTHER ORDERED that upon release from imprisonment
defendant shall be delivered to agents of BICE for determination of his
status in this country.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release
set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision,
and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation
occurring during the supervision period.


Signed by: District Judge _____
                                **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment
Order to the U.S. Marshal or other qualified officer.

                                    Terry Nafisi, Clerk of Court
Dated/Filed: January 10, 2012       By_____/S/_____
             Month / Day / Year        William Horrell, Deputy Clerk

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐      The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.


**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

---

**RETURN**

I have executed the within Judgment and Commitment as follows:

| Defendant delivered on | | to | |
|---|---|---|---|
| Defendant noted on appeal on | | | |
| Defendant released on | | | |
| Mandate issued on | | | |
| Defendant's appeal determined on | | | |
| Defendant delivered on | | to | |

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____
Deputy Marshal

_____
Date

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Filed
Date

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
Defendant                                                             Date

_____     _____
U. S. Probation Officer/Designated Witness                    Date